UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MODESTO HERNANDEZ,                              :
an individual,                                 :
                                               :
            Plaintiff,                          :
                                               :
vs.                                            :        Case No.: 3:19-cv-00739-VAB
                                               :
THE STOP & SHOP SUPERMARKET                    :
COMPANY LLC,                                   :
a Delaware Limited Liability Company,          :
                                               :
            Defendant.                          :
_____/

### JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of reducing their agreement to writing. Once their written agreement is consummated, which is expected within the next thirty (30) days, the parties will stipulate to the dismissal of this action. The parties further request that the Court adjourn all upcoming hearings and deadlines.

Dated: July 18, 2019

Respectfully Submitted,                          Respectfully Submitted,

/s/ Louis Mussman          .                     /s/ Timothy J. Fazio              .
Louis I. Mussman (ct27484)                       Timothy J. Fazio, BBO # 423149
Ku & Mussman, P.A.                               HUNTON ANDREWS KURTH LLP
18501 Pines Boulevard                            125 High Street
Suite 209-A                                      Boston, MA 02110
Pembroke Pines, FL  33029                        Tel: (617) 648-2800
Tel:  (305) 891-1322                             tfazio@huntonak.com
Fax:  (305) 891-4512
louis@kumussman.com                              *Attorneys for Defendant*

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2019, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered

through CM/ECF to the following attorneys of record:

Timothy J. Fazio, Esq.
HUNTON ANDREWS KURTH LLP
125 High Street
Boston, MA 02110

/s/ Louis I. Mussman
Louis I. Mussman, Esq.