UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MODESTO HERNANDEZ, | : | |
| an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No.: 3:19-cv-00739-VAB |
| | : | |
| THE STOP & SHOP SUPERMARKET | : | |
| COMPANY LLC, | : | |
| a Delaware Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |
| | / | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: August 26, 2019

Respectfully Submitted,

/s/ Louis Mussman          .
Louis I. Mussman (ct27484)
Ku & Mussman, P.A.
18501 Pines Boulevard
Suite 209-A
Pembroke Pines, FL  33029
Tel:  (305) 891-1322
Fax:  (305) 891-4512
louis@kumussman.com

*Attorneys for Plaintiff*

 Respectfully Submitted,

 /s/ Timothy J. Fazio          .
Timothy J. Fazio, BBO # 423149
HUNTON ANDREWS KURTH LLP
125 High Street
Boston, MA 02110
Tel: (617) 648-2800
tfazio@huntonak.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Timothy J. Fazio, Esq.
HUNTON ANDREWS KURTH LLP
125 High Street
Boston, MA 02110

                                        */s/ Louis I. Mussman*
                                        Louis I. Mussman, Esq.